David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

Kyle Chen (SBN 239501)
kchen@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: 650.289.7887
Facsimile: 650.328.8508

*Attorneys for Plaintiff*
*Jiaxing Super Lighting Electric Appliance Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>ARGO IMPORT EXPORT LTD.,<br><br>Defendant. | Case Number: 3:20-cv-06174-RS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE BY ARGO AND SUPER LIGHTING**<br><br>Complaint Filed: September 1, 2020<br><br>Judge: Hon. Richard Seeborg |

Jiaxing Super Lighting Electric Appliance Co., Ltd. ("Super Lighting") and Argo Import Export Ltd. ("Argo"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Super Lighting filed its Complaint on September 1, 2020, in the above-titled matter [ECF 1], and Argo filed its Answer on December 7, 2020 [ECF 14];

WHEREAS, parties served an initial Joint Case Management Statement on December 10, 2020 [ECF 15] per Civ. L. R. 16-9;

WHEREAS, parties filed Subsequent Joint Case Management Statement on March 4, 2021 [ECF 23] per Court's order [ECF 16] and another Subsequent Joint Case Management Statement on April 8, 2021 [ECF 25] per Court's order [ECF 24];

WHEREAS, Initial Conference Management Conference was continued on May 20, 2021 per the Court's Notice [ECF 29];

WHEREAS, the parties have very nearly reached settlement and are exchanging draft agreements;

WHEREAS, in order to permit the parties to complete their informal discussions without incurring additional legal costs and expenses, the parties believe it would be prudent, with the Court's agreement, to continue initial management conference;

For all of these reasons, IT IS HEREBY STIPULATED AND AGREED, between the parties, by and through their counsel of record, that the initial case management conference be continued to a date after July 19, 2021. Local Rules 7-12, 16-2 (e).

Dated: May 11, 2021

/s/ David S. Bloch
JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.

David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111

Kyle Chen (SBN 239501)
kchen@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303

Dated: May 11, 2021

　　　　　　　　　　/s/ Steven W. Ritcheson
　　　　　　　　　　Counsel for ARGO IMPORT EXPORT LTD.

James F. McDonough, III
jmcdonough@hgdlawfirm.com
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

Steven W. Ritcheson
swritcheson@insightplc.com
Insight, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292

# SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, David Bloch, hereby certify that the content of this document is acceptable to each counsel and that I obtained their authorization to affix their electronic signatures to this document.

Dated: May 11, 2021           /s/ David S. Bloch

David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111

# ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT the initial case management conference in this matter is continued to **July 29, 2021 at 10:00 am.**

Hon. Richard Seeborg