David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

Kyle Chen (SBN 239501)
kchen@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303
Telephone: 650.289.7887
Facsimile: 650.328.8508

*Attorneys for Plaintiff*
*Jiaxing Super Lighting Electric Appliance Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>ARGO IMPORT EXPORT LTD.,<br><br>Defendant. | Case Number: 3:20-cv-06174-RS<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND ORDER**<br><br>Complaint Filed: September 1, 2020<br>Judge: Hon. Richard Seeborg |

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff Jiaxing Super Lighting Electric Appliance Co., Ltd. ("Super Lighting") and Defendant Argo Import Export Ltd. ("Argo"), by and through their counsel of record, hereby submit this joint stipulation regarding the voluntary dismissal with prejudice:

WHEREAS, Super Lighting filed its Complaint on September 1, 2020, in the above-titled matter [ECF 1];

WHEREAS, Argo filed its Answer to Super Lighting's Complaint on December 7, 2020 [ECF 14];

WHEREAS, the parties have now agreed to settle all disputes between them and dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

THEREFORE, the parties stipulate as follows:

This case is dismissed with prejudice, with each party to bear its own costs.

Dated: May 25, 2021

/s/ David S. Bloch
Counsel for JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD.

David S. Bloch (SBN 184530)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111

Kyle Chen (SBN 239501)
kchen@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue
East Palo Alto, CA 94303

Dated: May 25, 2021

/s/ Steven W. Ritcheson
Counsel for ARGO IMPORT EXPORT LTD.

James F. McDonough, III
jmcdonough@hgdlawfirm.com
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

Steven W. Ritcheson
swritcheson@insightplc.com
Insight, PLC
578 Washington Blvd., #503
Marina del Rey, CA 90292

## CERTIFICATION

I, David S. Bloch, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

Dated: May 25, 2021　　　　　　　　　　　By: */s/ David S. Bloch*
　　　　　　　　　　　　　　　　　　　　　　David S. Bloch

## ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.
　Dated: 5/25/2021

　　　　　　　　　　　　　　　　　　　　Hon. Richard Seeborg